RECEIVED
UNITED STATES MARSHAL
2011 APR 26 AM 10:08
EASTERN DISTRICT OF LOUISIANA

**RETURN**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal Docket)

UNITED STATES OF AMERICA           No. 11-49 MAG

VS.

PATRICK L. MCCARTHY

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:     Sheriff, Orleans Parish Prison

GREETING: --

You are hereby ordered and directed to surrender the body of **PATRICK L. MCCARTHY** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to be thereafter produced by the said United States Marshal before the United States District Court of the Eastern District of Louisiana, on or before the **27th** day of **April, 2011** at **2:00 PM**, at New Orleans, Louisiana, before **Magistrate Judge Louis Moore, Jr.**, for an **Initial Appearance**, and remain in federal custody until the conclusion of all Federal Proceedings, at which time thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to the **Orleans Parish Prison** and there surrendered to the **Sheriff** of said institution, or one of his authorized deputies.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 26 day of April, 2011

LORETTA G. WHYTE, CLERK

BY: _____
Deputy Clerk

CLERK'S OFFICE
A TRUE COPY
Apr 26 2011

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

BOP notified USMS that subject is deceased.

WRIT OF HABEAS CORPUS

ON THE 27th DAY OF April, 20 11 I PARTIALLY EXECUTED THIS WRIT BY TAKING INTO CUSTODY THE WITHIN NAMED SUBJECT AND PRODUCING SAID SUBJECT AS DIRECTED

US MARSHAL

BY _____

I COMPLETED EXECUTION OF THIS WRIT BY RETURNING THE WITHIN NAMED SUBJECT TO THE ORIGINAL CUSTODIAL AGENCY REPRESENTATIVE _____

ON THE _____ DAY OF _____, 20 ___

US MARSHAL

BY _____